## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF TENNESSEE
### CIVIL DIVISION

| | | |
|---|---|---|
| **NORMAN WADE DOBBINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **CASE NO. 3-07-1254** |
| | ) | |
| **AMERIQUEST MORTGAGE COMPANY,** | ) | **JUDGE TRAUGER** |
| **AMC MORTGAGE SERVICES, INC.,** | ) | |
| **CITI RESIDENTIAL LENDING, INC. and** | ) | |
| **WASHINGTON MUTUAL MORTGAGE** | ) | |
| **SECURITIES CORP. d/b/a WASHINGTON** | ) | |
| **MUTUAL BANK,** | ) | |
| | ) | |
| **Defendants.** | | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned, David W. Houston, IV, of the law firm of Burr &
Forman LLP, and hereby gives notice of his appearance as counsel of record for the Defendants
Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Citi Residential Lending, Inc.
and Washington Mutual Mortgage Securities Corp. d/b/a Washington Mutual Bank,  in the
above-captioned case.  Counsel requests that copies of all notices, pleadings and other papers in
this case be served upon him as counsel for the Defendants.

Dated this the  24th  day of January, 2008.

Respectfully submitted,

/s/ David W. Houston, IV
David W. Houston, IV (BPR # 20802)
BURR & FORMAN LLP
700 Two American Center
3102 West End Avenue
Nashville, Tennessee 37203
Telephone:  (615) 724-3215
Facsimile:  (615) 724-3290
Email: dhouston@burr.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on January  24th, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

Shearon W. Hales
Attorney for Plaintiff
100 Stephen P. Yokich Parkway
P.O. Box 1797
Spring Hill, Tennessee 37174-1797
(931)487-9818

/s/ David W. Houston, IV
David W. Houston, IV
102 West End Avenue, Suite 700
Nashville, Tennessee 37203
Telephone:  (615) 724-3215
Email: dhouston@burr.com