**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
CIVIL DIVISION**

| | |
|---|---|
| **NORMAN WADE DOBBINS,** )<br>)<br>     **Plaintiff,** )<br>)<br>vs. )<br>)<br>**AMERIQUEST MORTGAGE COMPANY,** )<br>**AMC MORTGAGE SERVICES, INC.,** )<br>**CITI RESIDENTIAL LENDING, INC.** and )<br>**WASHINGTON MUTUAL MORTGAGE** )<br>**SECURITIES CORP. d/b/a WASHINGTON** )<br>**MUTUAL BANK,** )<br>)<br>     **Defendants.** | **CASE NO. 3-07-1254** |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS AMERIQUEST MORTGAGE COMPANY AND AMC MORTGAGE SERVICES, INC.

The undersigned counsel of record for the defendants Ameriquest Mortgage Company and AMC Mortgage Services, Inc. hereby certifies that Ameriquest Mortgage Company and AMC Mortgage Services, Inc. are wholly owned subsidiaries of ACC Capital Holdings Corporation which is a wholly owned subsidiary of SBP Capital Corporation. No publicly held company owns more than 10% of the stock of Ameriquest Mortgage Company and AMC Mortgage Services, Inc.

Dated this the  25th  day of January, 2008.

                                                       Respectfully submitted,

                                                       /s/ David W. Houston, IV
                                                       David W. Houston, IV (BPR# 20802)
                                                       BURR & FORMAN LLP
                                                       3102 West End Avenue, Suite 700
                                                       Nashville, TN 37203
                                                       Telephone:  (615) 724-3200
                                                       Facsimile:  (615) 724-3290
                                                       Email:  DHouston@Burr.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 25th, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

Shearon W. Hales
Attorney for Plaintiff
100 Stephen P. Yokich Parkway
P.O. Box 1797
Spring Hill, Tennessee 37174-1797
(931)487-9818

/s/ David W. Houston, IV
David W. Houston, IV
3102 West End Avenue, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 724-3215
Email: dhouston@burr.com

2