**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**CIVIL DIVISION**

| | | |
|---|---|---|
| **NORMAN WADE DOBBINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | **CASE NO. 3-07-1254** |
| | ) | |
| **AMERIQUEST MORTGAGE COMPANY,** | ) | |
| **AMC MORTGAGE SERVICES, INC.,** | ) | |
| **CITI RESIDENTIAL LENDING, INC. and** | ) | |
| **WASHINGTON MUTUAL MORTGAGE** | ) | |
| **SECURITIES CORP. d/b/a WASHINGTON** | ) | |
| **MUTUAL BANK,** | ) | |
| | ) | |
| **Defendants.** | | |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CITI RESIDENTIAL LENDING, INC.**

The undersigned counsel of record for the Defendant Citi Residential Lending, Inc., hereby certifies that Citi Residential Lending, Inc. is a wholly owned subsidiary of Citibank, N.A. Citibank, N.A. is the 100% shareholder of Citi Residential Lending, Inc.

Dated this the  25th  day of January, 2008.

Respectfully submitted,

/s/ David W. Houston, IV
David W. Houston, IV (BPR# 20802)
BURR & FORMAN LLP
3102 West End Avenue, Suite 700
Nashville, TN 37203
Telephone:  (615) 724-3200
Facsimile:   (615) 724-3290
Email:  DHouston@Burr.com

## CERTIFICATE OF SERVICE

        I hereby certify that on January 25th, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

Shearon W. Hales
Attorney for Plaintiff
100 Stephen P. Yokich Parkway
P.O. Box 1797
Spring Hill, Tennessee 37174-1797
(931)487-9818

            /s/ David W. Houston, IV
            David W. Houston, IV
            3102 West End Avenue, Suite 700
            Nashville, Tennessee 37203
            Telephone:  (615) 724-3215
            Email: dhouston@burr.com