IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
CIVIL DIVISION

| | |
|---|---|
| NORMAN WADE DOBBINS,        ) <br> ) <br>    Plaintiff,        ) <br> vs.        )       CASE NO. 3-07-1254 <br> ) <br> AMERIQUEST MORTGAGE COMPANY,        )       JUDGE TRAUGER <br> AMC MORTGAGE SERVICES, INC.,        ) <br> CITI RESIDENTIAL LENDING, INC. and        ) <br> WASHINGTON MUTUAL MORTGAGE        ) <br> SECURITIES CORP. d/b/a WASHINGTON        ) <br> MUTUAL BANK,        ) <br> ) <br>    Defendants.        ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned, Katherine Knight Layhew, of the law firm of Burr & Forman LLP, and hereby gives notice of her appearance as counsel of record for the Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Citi Residential Lending, Inc. and Washington Mutual Mortgage Securities Corp. d/b/a Washington Mutual Bank, in the above-captioned case. Counsel requests that copies of all notices, pleadings and other papers in this case be served upon her as counsel for the Defendants.

Dated this the  15th  day of February, 2008.

                                                                             Respectfully submitted,

/s/ Katherine Knight Layhew
Katherine Knight Layhew (BPR # 22274)
David W. Houston, IV (BPR# 20802)
BURR & FORMAN LLP
700 Two American Center
3102 West End Avenue
Nashville, Tennessee 37203
Telephone: (615) 724-3219
Facsimile: (615) 724-3319
Email: klayhew@burr.com
Counsel for Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that on February <u>15th</u>, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

      Shearon W. Hales
      Attorney for Plaintiff
      100 Stephen P. Yokich Parkway
      P.O. Box 1797
      Spring Hill, Tennessee 37174-1797
      (931)487-9818

      /s/ Katherine Knight Layhew
      Katherine Knight Layhew
      102 West End Avenue, Suite 700
      Nashville, Tennessee 37203
      Telephone:  (615) 724-3219
      Email: klayhew@burr.com