IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NORMAN WADE DOBBINS, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | CASE NO. 3-07-1254 |
| ) | |
| AMERIQUEST MORTGAGE COMPANY, ) | JUDGE TRAUGER |
| AMC MORTGAGE SERVICES, INC., ) | |
| CITI RESIDENTIAL LENDING, INC. and ) | |
| WASHINGTON MUTUAL MORTGAGE ) | |
| SECURITIES CORP. d/b/a WASHINGTON ) | |
| MUTUAL BANK, ) | |
| ) | |
| Defendants. | |

## AGREED ORDER

Upon agreement of the Plaintiff and Defendants and for good cause shown, it is hereby ORDERED that all proceedings in this case are stayed pending the Multidistrict Litigation Panel ruling on the motion to accept this case as a "tag-along" or related matter to MDL 1715. It is further ORDERED that, should the Multidistrict Litigation Panel decline to accept this case as a "tag-along," Defendants shall have thirty (30) days from the date of that decision to answer or otherwise respond to the Complaint.

ENTERED this the  27th  day of  February , 2008.

*[signature]*

Initial Case Management Conference set 3/3/2008 is stayed as well.

10630 v1

- 1 -