Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR - 2 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 1 7 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

FILED: APRIL 2, 2008
08CV1986        CEM
JUDGE ASPEN

**IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION**

Norman Wade Dobbins v. Ameriquest Mortgage Co., et al.,  )
M.D. Tennessee, C.A. No. 3:07-1254 - 08cv1986  )

MDL No. 1715

## CONDITIONAL TRANSFER ORDER (CTO-39)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court
for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to
28 U.S.C. § 1407.  *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005).  Since that time, 306 additional actions
have been transferred to the Northern District of Illinois.  With the consent of that court, all such
actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the action on this conditional transfer order involves questions of fact that are
common to the actions previously transferred to the Northern District of Illinois and assigned to
Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199
F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District
of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that
court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Northern District of Illinois.  The transmittal of this order to said Clerk shall
be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of
the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

APR - 2 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By s/WILLIE A. HAYNES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: APRIL 18, 2008