# U.S. District Court
# Middle District of Tennessee (Nashville)
# CIVIL DOCKET FOR CASE #: 3:07–cv–01254

| | |
|---|---|
| Dobbins v. Ameriquest Mortgage Company et al | Date Filed: 12/14/2007 |
| Assigned to: District Judge Aleta A. Trauger | Date Terminated: 04/21/2008 |
| Cause: 15:1640 Truth in Lending | Jury Demand: None |
| | Nature of Suit: 371 Truth in Lending |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Norman Wade Dobbins**   represented by   **Shearon Weems Hales**
UAW–Legal Services Plan
P O Box 1797
Spring Hill, TN 37174
(931) 487–9818
Email: shearonha@uawlsp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ameriquest Mortgage Company**   represented by   **David W. Houston, IV**
ACC Capital Holdings Corporation
Burr &Forman, LLP
3102 West End Avenue
700 Two American Center
Nashville, TN 37203–1304
(615) 754–3200
Email: dhouston@burr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine B. Knight**
Burr &Forman, LLP
700 Two American Center
3102 West End Avenue
Nashville, TN 37203
(615) 724–3200
Fax: (615) 3319
Email: klayhew@burr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**AMC Mortgage Services, Inc.**   represented by   **David W. Houston, IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

          **Katherine B. Knight**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Citi Residential Lending, Inc.**<br>Citibank, N.A. | represented by | **David W. Houston, IV**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Katherine B. Knight**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Washington Mutual Mortgage Securities Corp.**<br>*doing business as*<br>Washington Mutual Bank | represented by | **David W. Houston, IV**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Katherine B. Knight**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/14/2007 | "1 | COMPLAINT against Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Citi Residential Lending, Inc., Washington Mutual Mortgage Securities Corp., filed by Norman Wade Dobbins.Filing fee paid $350.Summons issued. (Attachments: #1 Exhibit A# 2 Exhibit B# 3 summons)(eh) (Entered: 12/17/2007) |
| 12/14/2007 | "2 | NOTICE from USDC Clerk regarding Corporate Disclosure Statement requirement (eh) (Entered: 12/17/2007) |
| 12/14/2007 | "3 | NOTICE of Initial Case Management Conference set for Monday 3/3/2008 at 10:00 AM in Room 825 before District Judge Aleta A. Trauger. (eh) (Entered: 12/17/2007) |
| 01/24/2008 | "4 | NOTICE of Appearance by David W. Houston, IV on behalf of all defendants (Houston, David) (Entered: 01/24/2008) |
| 01/25/2008 | "5 | CORPORATE DISCLOSURE STATEMENT filed by Ameriquest Mortgage Company, AMC Mortgage Services, Inc.. (Houston, David) (Entered: 01/25/2008) |
| 01/25/2008 | "6 | CORPORATE DISCLOSURE STATEMENT filed by Citi Residential Lending, Inc.. (Houston, David) (Entered: 01/25/2008) |
| 02/15/2008 | "7 | NOTICE of Appearance by Katherine B. Knight on behalf of Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Citi Residential Lending, Inc., Washington Mutual Mortgage Securities Corp. (Knight, Katherine) (Entered: 02/15/2008) |
| 02/26/2008 | "8 | |

| | | |
|---|---|---|
| | | Joint MOTION for Stay of All Proceedings and Extension of Time to Answer by Norman Wade Dobbins, Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Citi Residential Lending, Inc., Washington Mutual Mortgage Securities Corp.. (Attachments: # 1 Proposed Order)(Knight, Katherine) Modified Text on 2/27/2008 (dt). (Entered: 02/26/2008) |
| 02/27/2008 | " | Note to Filer re Docket Entry No. 8: The motion filed is for multiple reliefs. This is filed by holding down the control key, scrolling down and highlighting the appropriate reliefs. See Chapter 5(I) of the User Manual for instructions. This document does not need to be re−filed unless otherwise directed by the Court. (dt) (Entered: 02/27/2008) |
| 02/27/2008 | " 9 | ORDER that, should the Multidistrict Litigation Panel decline to accept this case as a "tag−along." Defendants shall have 30 days from the date of that decision to answer or otherwise respond to the Complaint. Initial Case Management Conference set 3/3/08 is stayed as well. Signed by Judge Aleta A. Trauger on 2/27/08. (dt) (Entered: 02/27/2008) |
| 04/07/2008 | " 10 | COPY OF CONDITIONAL TRANSFER ORDER (CTO 39) rec'd this date from the MDL Judicial Panel transferring this case to the Northern District of Illinois. This order does not become effective until it is filed in the Office of the Clerk for the ND of Illinois. (af) (Entered: 04/07/2008) |
| 04/21/2008 | " 11 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO 39) rec'd this date from the Northern District of Illinois. This case is ready for closing/transfer. Proposed order sent to chambers for entry. (af) (Entered: 04/21/2008) |
| 04/21/2008 | " 12 | ORDER: Pursuant to the order of the Judicial Panel on Multidistrict Litigation, Docket No. 1715, this case is hereby transferred to the United States District Court for the Northern District of Illinois, Eastern Division, for coordinated or consolidated pretrial proceedings. The Clerk of Court is directed to close the case on the records of this Court and transmit therecord to the United States District Court for the Northern District of Illinois, Eastern Division. Signed by District Judge Aleta A. Trauger on 4/21/08. (dt) (Entered: 04/21/2008) |